IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILBUR LEE ELLISON, #223 531, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:14-CV-885-MHT |
| | ) | (WO) |
| STATE OF ALABAMA BOARD OF PARDONS AND PAROLES, | ) ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

The magistrate judge entered a recommendation (doc. no. 8) in this case to which no timely objections have been filed. After a review of the recommendation and after an independent and de novo review of the entire record, the court finds that the recommendation should be adopted.

Accordingly, it is ORDERED that (1) the recommendation of the magistrate judge (doc. no. 8) is adopted; plaintiff's motion for preliminary injunction (doc. no. 1) is denied; and this case is referred back to the magistrate judge for additional proceedings.

DONE, this the 10th day of October, 2014.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE