IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILBUR LEE ELLISON, #223 531, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 2:14-CV-885-MHT |
| | ) | (WO) |
| STATE OF ALABAMA BOARD OF | ) | |
| PARDONS AND PAROLES, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

After an independent and de novo review of the entire record, it is ORDERED that (1) plaintiff's objections (doc. no. 12) are overruled; (2) the recommendation of the magistrate judge (doc. no. 9) is adopted; (3) plaintiff's motion to certify class (doc. no. 3) is denied; (4) and this case is referred back to the magistrate judge for additional proceedings.

DONE, this the 10th day of October, 2014.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE