IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILBUR LEE ELLISON, #223 531, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:14-CV-885-MHT |
| | )                    (WO) |
| STATE OF ALABAMA BOARD OF | ) |
| PARDONS AND PAROLES, | ) |
| | ) |
| Defendant. | ) |

# ORDER

After an independent and de novo review of the entire record, it is ORDERED that (1) plaintiff's objections (doc. no. 10) are overruled; and (2) and this case is referred back to the magistrate judge for additional proceedings.

DONE, this the 10th day of October, 2014.

　　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE