IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILBUR LEE ELLISON, #223 531, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:14-CV-885-MHT |
| ) | (WO) |
| STATE OF ALABAMA BOARD OF ) | |
| PARDONS AND PAROLES, ) | |
| ) | |
| Defendant. ) | |

# ORDER

After an independent and de novo review of the entire record, it is ORDERED that (1) plaintiff's objections (doc. nos. 24 & 25) are overruled; and (2) and this case is referred back to the magistrate judge for additional proceedings.

DONE, this the 14th day of October, 2014.

　　　　　　　　　　　　　　　/s/ Myron H. Thompson
　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE