IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
WILBUR LEE ELLISON,            )
                               )
    Plaintiff,                 )
                               )    CIVIL ACTION NO.
    v.                         )    2:14cv885-MHT
                               )        (WO)
EXECUTIVE DIRECTOR CYNTHIA     )
S. DILLARD, et al.,            )
                               )
    Defendants.                )
```

**ORDER**

Now before the court is plaintiff's objection to the United States Magistrate Judge's order (doc. no. 108) denying his motion for in camera review of his parole file and denying all pending motions to compel. After an independent and de novo review of the record, it is ORDERED that the objection (doc. no. 109) is overruled.

DONE, this the 23rd day of July, 2015.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE