IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| WILBUR LEE ELLISON,     )<br>                         )<br>    Plaintiff,         )<br>                         )<br>    v.                   )<br>                         )<br>EXECUTIVE DIRECTOR CYNTHIA )<br>S. DILLARD, et al.,      )<br>                         )<br>    Defendants.          ) | CIVIL ACTION NO.<br>   2:14cv885-MHT<br>        (WO) |

ORDER

Now before the court is plaintiff's objection to the United States Magistrate Judge's order (doc. no. 113) denying plaintiff's motion (doc. no. 112) for leave to file a dispositive motion and to set a trial date.  After an independent and de novo review of the record, it is ORDERED that the objection (doc. no. 114) is overruled.

DONE, this the 6th day of October, 2015.

            /s/ Myron H. Thompson
        UNITED STATES DISTRICT JUDGE